| | |
|---|---|
| Attorney(s) | Law Offices of Michael Grinblat |
| Index # | 1:20-CV-01643-KAM-CLP |
| Purchased/Filed: | April 1, 2020 |
| State of New York | |
| Court: | U. S. District |
| County: | Eastern Dist. |

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Semyon Grinblat Individually and on behalf of all others similarly situated

Plaintiff(s)

against

Speedway LLC et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 Yrs.
Weight: 160 Lbs.   Height: 5' 10"   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

Sean Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on April 7, 2020, at 11:33AM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & Complaint**

on

**Speedway LLC**

the Defendant in this action, by delivering to and leaving with Amy Lesch AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th day of April 2020

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Sean Warner

Invoice·Work Order # 2010393
Attorney File # Grinblat