UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SEMYON GRINBLAT,

                              Plaintiff,                              JUDGMENT

      v.

                                                  20-CV-1643 (KAM) (CLP)

SPEEDWAY LLC, JOHN DOE 1-X,
AND CORPORATIONS 1-X,

                             Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 25, 2021, dismissing plaintiff's ADA claim as moot; declining to exercise supplemental jurisdiction over plaintiff's state and city law claims; dismissing the state and city claims without prejudice to reassert them in state court, See 28 U.S.C. § 1367; and dismissing plaintiff's complaint; it is

       ORDERED and ADJUDGED that plaintiff's ADA is dismissed as moot; that the Court declines to exercise supplemental jurisdiction over plaintiff's state and city law claims; that the state and city claims are dismissed without prejudice to reassert them in state court, See 28 U.S.C. § 1367; that plaintiff's complaint is dismissed; and that judgment is hereby entered in favor of defendants.

Dated: Brooklyn, New York                                          Douglas C. Palmer
       March 26, 2021                                                   Clerk of Court

                                                                       By:    */s/Jalitza Poveda*
                                                                                Deputy Clerk